## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boyd, Marshall

Printed: 11/18/08

Case Number:  07 B 23950
Judge:  Hollis, Pamela S
Filed:  12/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  November 12, 2008
Confirmed:  February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,996.00 |  |
| Secured: |  | 1,002.67 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,814.00 |
| Trustee Fee: |  | 179.33 |
| Other Funds: |  | 0.00 |
| Totals: | 2,996.00 | 2,996.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,814.00 | 1,814.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 5,516.17 | 500.00 |
| 4. | Cook County Treasurer | Secured | 748.00 | 60.00 |
| 5. | Citi Residential Lending Inc | Secured | 23,672.66 | 442.67 |
| 6. | Illinois Dept of Revenue | Priority | 823.61 | 0.00 |
| 7. | Internal Revenue Service | Priority | 9,304.85 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 151.66 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 1,272.42 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 2,897.35 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 2,885.61 | 0.00 |
| 12. | Midland Credit Management | Unsecured | 591.59 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 1,531.85 | 0.00 |
| 14. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 15. | CCA | Unsecured |  | No Claim Filed |
| 16. | CBCS | Unsecured |  | No Claim Filed |
| 17. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 18. | Credit Bureau Accts Collections & Servs | Unsecured |  | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 20. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 21. | Medical Collections | Unsecured |  | No Claim Filed |
| 22. | Washington Mutual | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 24. | Medical Collections | Unsecured |  | No Claim Filed |
|  |  |  | $ 51,209.77 | $ 2,816.67 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Boyd, Marshall

Printed: 11/18/08

Case Number:  07 B 23950
Judge:  Hollis, Pamela S
Filed:  12/20/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 75.62 |
| 6.5% | 103.71 |
| | $ 179.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

